IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

```
JAMES GLENN WILDER,           )
                              )
        Plaintiff,            )
                              )
v.                            )  CV 106-103
                              )
JIM WALLEN, et al.,           )
                              )
        Defendants.           )
```

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant County of Lincoln, Georgia, is **DISMISSED**.

SO ORDERED this 11th day of January, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE